# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 11-43757-EW |
| | § | |
| RICHARD H. LOVE | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/27/2011.  The undersigned trustee was appointed on 10/27/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                 $50,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $16,084.88 |
| Bank service fees | $1,844.61 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $24,891.09 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $7,179.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>04/17/2012</u> and the deadline for filing government claims was <u>04/17/2012</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$3,260.89</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$3,260.89</u>, for a total compensation of <u>$3,260.89</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>06/06/2018</u>                                          By:    <u>/s/ David R. Herzog</u>
                                                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit A

| Case No.: | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Date Filed (f) or Converted (c): | 10/27/2011 (f) |
| For the Period Ending: | 6/6/2018 | §341(a) Meeting Date: | 12/05/2011 |
| | | Claims Bar Date: | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   Cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 2   1/2 interest in checking account | $250.00 | $0.00 | | $0.00 | FA |
| 3   1/2 interest in security deposit with landlord | $625.00 | $0.00 | | $0.00 | FA |
| 4   Household goods at 11315 E. 50 N, Knox, IN | $23,287.50 | $50,000.00 | | $50,000.00 | FA |
| 5   Household goods in storage building at 11315 E. 50 N, Knox, IN | $2,287.50 | $0.00 | | $0.00 | FA |
| 6   Household goods at 1 N. Hamlin, #4, Park Ridge, IL | $0.00 | $0.00 | | $0.00 | FA |
| 7   Misc Collectibles | $0.00 | $0.00 | | $0.00 | FA |
| 8   Books | $0.00 | $0.00 | | $0.00 | FA |
| 9   Debtor's 1/2 interest in paintings in storage | $2,000.00 | $0.00 | | $0.00 | FA |
| 10   Contents of Picken Kane storage | $0.00 | $0.00 | | $0.00 | FA |
| 11   1/2 interest in paintings collection | $37,000.00 | $0.00 | | $0.00 | FA |
| 12   1/2 interest in various outdoor sculptures | $0.00 | $0.00 | | $0.00 | FA |
| 13   Men's clothing | $400.00 | $0.00 | | $0.00 | FA |
| 14   1/2 interest wedding bands and watches | $0.00 | $0.00 | | $0.00 | FA |
| 15   Firearms | $0.00 | $0.00 | | $0.00 | FA |
| 16   R.H.Love Galleries, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 17   Medicare Part B Premium refund | $0.00 | $0.00 | | $0.00 | FA |
| 18   Potential defamation claim against Christopher Yates | $0.00 | $0.00 | | $0.00 | FA |
| 19   25% interest in Cyclopedia of American Impressionists | $0.00 | $0.00 | | $0.00 | FA |
| 20   Office equipment | $0.00 | $0.00 | | $0.00 | FA |
| 21   Interest in landscaping equipment | $0.00 | $0.00 | | $0.00 | FA |
| 22   Power of Direction in Land Trust | $0.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $65,950.00 | $50,000.00 | | $50,000.00 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2          Exhibit A

| | |
|---|---|
| Case No.: | 11-43757-EW |
| Case Name: | LOVE, RICHARD H. |
| For the Period Ending: | 6/6/2018 |

| | |
|---|---|
| Trustee Name: | David R. Herzog |
| Date Filed (f) or Converted (c): | 10/27/2011 (f) |
| §341(a) Meeting Date: | 12/05/2011 |
| Claims Bar Date: | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

07/26/2017     Preparation of TFR. Anticipate filing in next 30 days.

Initial Projected Date Of Final Report (TFR):     12/31/2014          Current Projected Date Of Final Report (TFR):     09/30/2017          /s/ DAVID R. HERZOG

DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-43757-EW | |
| **Case Name:** | LOVE, RICHARD H. | |
| **Primary Taxpayer ID #:** | **-***8678 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/27/2011 | |
| **For Period Ending:** | 6/6/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | David R. Herzog | |
| **Bank Name:** | Bank of Texas | |
| **Checking Acct #:** | ******0045 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/04/2012 | | Invesco Employee Services Inc | Payment for sale of personal property (allocation $25,000 Richard love 11-43757 & $25,000 Geraldine Love 11-43764) | * | $50,000.00 | | $50,000.00 |
| | {4} | | Half Payment to Estate of Geraldine Love $25,000.00 | 1180-000 | | | $50,000.00 |
| | {4} | | Half Payment to Estate of Richard Love $25,000.00 | 1129-000 | | | $50,000.00 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $59.70 | $49,940.30 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $77.82 | $49,862.48 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $80.30 | $49,782.18 |
| 01/24/2013 | 3001 | Estate of Geraldine Love | 1/2 payment for sale of personal property (to wife's bankruptcy estate) | 8500-002 | | $24,891.09 | $24,891.09 |
| 01/24/2013 | 3002 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 | | $3,500.00 | $21,391.09 |
| 01/24/2013 | 3002 | VOID: First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 | | ($3,500.00) | $24,891.09 |
| 01/24/2013 | 3003 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) -- Replaces check 3001 (printing error) | 2990-003 | | $3,500.00 | $21,391.09 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.60 | $21,320.49 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.12 | $21,289.37 |
| 03/28/2013 | 3004 | International Sureties | Bond Payment | 2300-000 | | $38.02 | $21,251.35 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.38 | $21,216.97 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.15 | $21,183.82 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.18 | $21,149.64 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.02 | $21,116.62 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.07 | $21,082.55 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.02 | $21,048.53 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.87 | $21,015.66 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.91 | $20,981.75 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.76 | $20,948.99 |
| | | | | **SUBTOTALS** | $50,000.00 | $29,051.01 | |

Page No: 2       Exhibit B

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******0045 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.80 | $20,915.19 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.75 | $20,881.44 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.43 | $20,851.01 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.64 | $20,817.37 |
| 04/02/2014 | 3005 | International Sureties | Bond Payment | 2300-000 | | $18.43 | $20,798.94 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.48 | $20,766.46 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.51 | $20,732.95 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.37 | $20,700.58 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.40 | $20,667.18 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.35 | $20,633.83 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.22 | $20,601.61 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.24 | $20,568.37 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.12 | $20,536.25 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.13 | $20,503.12 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.08 | $20,470.04 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.83 | $20,440.21 |
| 03/20/2015 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $14.73 | $20,425.48 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.98 | $20,392.50 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.86 | $20,360.64 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.85 | $20,327.79 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.74 | $20,296.05 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.75 | $20,263.30 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.69 | $20,230.61 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.59 | $20,199.02 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.59 | $20,166.43 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.49 | $20,134.94 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.49 | $20,102.45 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.35 | $20,070.10 |
| | | | | **SUBTOTALS** | $0.00 | $878.89 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******0045 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.21 | $20,039.89 |
| 03/16/2016 | 3007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.88 | $20,029.01 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.24 | $19,996.77 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.14 | $19,965.63 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.13 | $19,933.50 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.04 | $19,902.46 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.02 | $19,870.44 |
| 08/30/2016 | 3008 | Enterprise Law Group | Final compensation per order date 8/30/16 | 3210-000 | | $12,500.00 | $7,370.44 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.97 | $7,338.47 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.07 | $7,326.40 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.79 | $7,314.61 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.39 | $7,303.22 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.75 | $7,291.47 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.76 | $7,279.71 |
| 02/16/2017 | 3009 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.52 | $7,277.19 |
| 02/16/2017 | 3009 | VOID: Arthur B. Levine Company | Bond Payment | 2300-003 | | ($2.52) | $7,279.71 |
| 02/16/2017 | 3010 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.82 | $7,276.89 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.60 | $7,266.29 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.72 | $7,254.57 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.32 | $7,243.25 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.68 | $7,231.57 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.29 | $7,220.28 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.65 | $7,208.63 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.63 | $7,197.00 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $7,197.00 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $20,070.10 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-43757-EW | **Trustee Name:** David R. Herzog |
| **Case Name:** | LOVE, RICHARD H. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8678 | **Checking Acct #:** ******0045 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/27/2011 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/6/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $50,000.00 | $50,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $7,197.00 | |
| | | | **Subtotal** | | $50,000.00 | $42,803.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $50,000.00 | $42,803.00 | |

| For the period of **10/27/2011** to **6/6/2018** | | For the entire history of the account between **10/04/2012** to **6/6/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $50,000.00 | Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 | Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17,911.91 | Total Compensable Disbursements: | $17,911.91 |
| Total Non-Compensable Disbursements: | $24,891.09 | Total Non-Compensable Disbursements: | $24,891.09 |
| Total Comp/Non Comp Disbursements: | $42,803.00 | Total Comp/Non Comp Disbursements: | $42,803.00 |
| Total Internal/Transfer Disbursements: | $7,197.00 | Total Internal/Transfer Disbursements: | $7,197.00 |

Case 11-43757   Doc 144   Filed 06/18/18   Entered 06/18/18 10:29:43   Desc Main

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5     Exhibit B

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $7,197.00 | | $7,197.00 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.36 | $7,190.64 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.22 | $7,179.42 |
| | | | **TOTALS:** | | $7,197.00 | $17.58 | $7,179.42 |
| | | | **Less: Bank transfers/CDs** | | $7,197.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $17.58 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $17.58 | |

| For the period of 10/27/2011 to 6/6/2018 | | For the entire history of the account between 09/15/2017 to 6/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,197.00 | Total Internal/Transfer Receipts: | $7,197.00 |
| | | | |
| Total Compensable Disbursements: | $17.58 | Total Compensable Disbursements: | $17.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.58 | Total Comp/Non Comp Disbursements: | $17.58 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6          Exhibit B

| Case No. | 11-43757-EW | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, RICHARD H. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8678 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/6/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | | | $50,000.00 | $42,820.58 | $7,179.42 |

| **For the period of 10/27/2011 to 6/6/2018** | | **For the entire history of the case between 10/27/2011 to 6/6/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $50,000.00 | Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 | Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $7,197.00 | Total Internal/Transfer Receipts: | $7,197.00 |
| | | | |
| Total Compensable Disbursements: | $17,929.49 | Total Compensable Disbursements: | $17,929.49 |
| Total Non-Compensable Disbursements: | $24,891.09 | Total Non-Compensable Disbursements: | $24,891.09 |
| Total Comp/Non Comp Disbursements: | $42,820.58 | Total Comp/Non Comp Disbursements: | $42,820.58 |
| Total Internal/Transfer Disbursements: | $7,197.00 | Total Internal/Transfer Disbursements: | $7,197.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No. | 11-43757-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | | Date: | 6/6/2018 |
| Claims Bar Date: | 04/17/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG  77 W. Washington Street Suite 1400 Chicago IL 60602 | 11/10/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,260.89 | $3,260.89 | $0.00 | $0.00 | $0.00 | $3,260.89 |
| | ENTERPRISE LAW GROUP | 08/30/2016 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $0.00 | $0.00 | $0.00 |
| 22 | FIRST FEDERAL SAVINGS BANK | 01/09/2013 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE (P) P.O. Box 7346 Philadelphia PA 19101-7346 | 01/26/2012 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $87,612.62 | $87,612.62 | $0.00 | $0.00 | $0.00 | $87,612.62 |
| 6 | URSULA DAYENIAN  910 N. Lake Shore, #1816 Chicago IL 60611 | 02/21/2012 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $11,725.00 | $11,725.00 | $0.00 | $0.00 | $0.00 | $11,725.00 |
| 13a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | 01/03/2018 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $291,704.84 | $291,704.84 | $0.00 | $0.00 | $0.00 | $291,704.84 |
| 1a | INTERNAL REVENUE SERVICE (P) P.O. Box 7346 Philadelphia PA 19101-7346 | 01/26/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,461.40 | $20,461.40 | $0.00 | $0.00 | $0.00 | $20,461.40 |
| 2 | JHC ACQUISITION, LLC DBA Omnicare of Northern Illinois 1600 Rivercenter II 100 E Rivercenter Blvd Covington KY 41011 | 01/26/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $338.58 | $338.58 | $0.00 | $0.00 | $0.00 | $338.58 |

**Claim Notes:**    (2-1) Pharm account

CLAIM ANALYSIS REPORT

Page No: 2                    Exhibit C

| Case No. | 11-43757-EW | | | | | Trustee Name: | David R. Herzog | | | | |
| Case Name: | LOVE, RICHARD H. | | | | | Date: | 6/6/2018 | | | | |
| Claims Bar Date: | 04/17/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | KRISTINE M. KOLKY<br><br>Arongberg Goldgehn Davis & Gamisa<br>330 N. Wabash Ste 1700<br>Chicago IL 60611 | 02/03/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,763,670.50 | $1,763,670.50 | $0.00 | $0.00 | $0.00 | $1,763,670.50 |
| **Claim Notes:** | (3-1) Debts related to buying and selling art work on behalf of the Whiteheads | | | | | | | | | | | |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 02/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,376.72 | $3,376.72 | $0.00 | $0.00 | $0.00 | $3,376.72 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 02/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,451.82 | $2,451.82 | $0.00 | $0.00 | $0.00 | $2,451.82 |
| 6a | URSULA DAYENIAN<br><br>910 N. Lake Shore, #1816<br>Chicago IL 60611 | 02/21/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,675.00 | $20,675.00 | $0.00 | $0.00 | $0.00 | $20,675.00 |
| 7 | JERALD W. FREEMAN<br><br>c/o Deron B. Knoner<br>Keleher & McLeod, P.A.<br>Post Office Box AA<br>New Mexi co 87103 | 03/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,122,389.00 | $5,122,389.00 | $0.00 | $0.00 | $0.00 | $5,122,389.00 |
| **Claim Notes:** | (7-1) Judgment from the First Judicial District Court, Santa Fe County, New Mexico, Case No. D-101-CV-2005-01424 | | | | | | | | | | | |
| 8 | THOMAS NYGARD<br><br>c/o Deron B. Knoner<br>Keleher & McLeod, P.A.<br>Post Office Box AA<br>New Mexi co 87103 | 03/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,122,389.00 | $5,122,389.00 | $0.00 | $0.00 | $0.00 | $5,122,389.00 |
| **Claim Notes:** | (8-1) Judgment From First Judicial District Court, Santa Fe County, New Mexico, Case No D-101-CV-2005-01424 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT    Page No: 3    Exhibit C

| Case No. | 11-43757-EW | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, RICHARD H. | | Date: | 6/6/2018 |
| Claims Bar Date: | 04/17/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | TEA LEAF, INC.<br><br>c/o Deron B. Knoner<br>P.O. Box AA<br>Albuqueque NM 87103 | 03/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,122,389.00 | $5,122,389.00 | $0.00 | $0.00 | $0.00 | $5,122,389.00 |
| **Claim Notes:** | (9-1) Judgment from First Judicial District Court, Santa Fe County, New Mexico, Case No. D-101-CV-2005-01424 | | | | | | | | | | | |
| 10 | DANNY L. WIGINTON<br><br>c/o Joy Monahan<br>Edward Wildman Palmer LLP.<br>225 West Wacker Dr Ste 3000<br>Chicago IL 60606 | 03/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (10-1) Amount Unknown (Unliquidated) | | | | | | | | | | | |
| 11 | PACIFIC INDEMNITY COMPANY, INC.<br>Tressler LLP<br>c/o Mark Conzelmann, Esq.<br>233 S. Wacker Dr., 22nd Floor<br>Chicago IL 60606 | 03/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $497,750.00 | $497,750.00 | $0.00 | $0.00 | $0.00 | $497,750.00 |
| 12 | GEORGE STEIN<br><br>1305 Washington St.<br>Michigan City IN 46360 | 03/15/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $152,970.00 | $152,970.00 | $0.00 | $0.00 | $0.00 | $152,970.00 |
| 13b | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 01/03/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $36,709.54 | $36,709.54 | $0.00 | $0.00 | $0.00 | $36,709.54 |
| 14a | PICKENS-KANE MOVING AND STORAGE CO.<br>410 N. Milwaukee Ave., 3rd Floor<br>Chicago IL 60654 | 04/27/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,407.48 | $12,407.48 | $0.00 | $0.00 | $0.00 | $12,407.48 |

CLAIM ANALYSIS REPORT

Page No: 4        Exhibit C

| Case No.: | 11-43757-EW | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, RICHARD H. | | Date: | 6/6/2018 |
| Claims Bar Date: | 04/17/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | SPANIERMAN GALLERY LLC c/o Kucker & Bruh LLP 747 Third Avenue New York NY 10017 | 04/05/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $752,080.00 | $752,080.00 | $0.00 | $0.00 | $0.00 | $752,080.00 |

**Claim Notes:**   (15-1) Contract, conversion, fraud(15-2) Contract, conversion, fraud

| 16 | WILLIAM MARSHALL 524 E. High Point Place Peoria IL 61614 | 04/12/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,439,976.20 | $1,439,976.20 | $0.00 | $0.00 | $0.00 | $1,439,976.20 |
| 17 | JOE BERGER Thomas J. Dillon, Esq. 120 South LaSalle Street,Suite 1335 Chicago,Illinois 60603 | 04/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,222,928.00 | $1,222,928.00 | $0.00 | $0.00 | $0.00 | $1,222,928.00 |
| 18 | PAUL W. FAIRCHILD Christopher B. Lega Johnson Legal Group, LLC 39 S. LaSalle Suite 820 Chicago,Illinois 660603 | 04/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,942,446.40 | $1,942,446.40 | $0.00 | $0.00 | $0.00 | $1,942,446.40 |

**Claim Notes:**   (18-1) Judgment

| 19 | GAYLORD TOFT President, GLTCO, Ltd. William F. Zieske / Zieske Law P.O. Box 31457 Chicago IL 60631 | 04/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $819,020.00 | $819,020.00 | $0.00 | $0.00 | $0.00 | $819,020.00 |

**Claim Notes:**   (19-1) Theft/conversion by fraud of multiple fine art paintings, and loan

CLAIM ANALYSIS REPORT          Page No: 5          Exhibit C

| Case No.: | 11-43757-EW | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, RICHARD H. | | Date: | 6/6/2018 |
| Claims Bar Date: | 04/17/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | TIMOTHY MURRAY<br><br>William F. Zieske / Zieske Law<br>P.O. Box 31457<br>Chicago IL 60631 | 04/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $245,569.20 | $245,569.20 | $0.00 | $0.00 | $0.00 | $245,569.20 |

**Claim Notes:**    (20-1) Theft/conversion by fraud of multiple fine art paintings

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | OTIS ART & ANTIQUES, LTD<br>John T. Golitz<br>415 W. GOLF RD, Suite 19<br>ARLINGTON HTS IL 60005 | 04/25/2012 | General Unsecured § 726(a)(2) | Allowed | 7200-000 | $0.00 | $554,500.00 | $554,500.00 | $0.00 | $0.00 | $0.00 | $554,500.00 |
| | | | | | | **$25,264,801.19** | **$25,264,801.19** | **$16,000.00** | **$0.00** | **$0.00** | **25,248,801.19** |

CLAIM ANALYSIS REPORT                                    Page No: 6          Exhibit C

| | |
|---|---|
| **Case No.** 11-43757-EW | **Trustee Name:** David R. Herzog |
| **Case Name:** LOVE, RICHARD H. | **Date:** 6/6/2018 |
| **Claims Bar Date:** 04/17/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $12,500.00 | $12,500.00 | $12,500.00 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $391,042.46 | $391,042.46 | $0.00 | $0.00 | $0.00 | $391,042.46 |
| General Unsecured § 726(a)(2) | $24,854,497.84 | $24,854,497.84 | $0.00 | $0.00 | $0.00 | $24,854,497.84 |
| Other Chapter 7 Administrative Expenses | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,260.89 | $3,260.89 | $0.00 | $0.00 | $0.00 | $3,260.89 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      11-43757-EW
Case Name:     RICHARD H. LOVE
Trustee Name:  David R. Herzog

Balance on hand: _____ $7,179.42

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $7,179.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $3,260.89 | $0.00 | $3,260.89 |
| Enterprise Law Group, Attorney for Trustee Fees | $12,500.00 | $12,500.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: _____ $3,260.89
Remaining balance: _____ $3,918.53

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $3,918.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $391,042.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service (p) | $87,612.62 | $0.00 | $877.95 |
| 6 | Ursula Dayenian | $11,725.00 | $0.00 | $117.49 |

UST Form 101-7-TFR (5/1/2011)

| 13a | Illinois Department of Revenue | $291,704.84 | $0.00 | $2,923.09 |

Total to be paid to priority claims: $3,918.53

Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,299,997.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Internal Revenue Service (p) | $20,461.40 | $0.00 | $0.00 |
| 2 | JHC Acquisition, LLC dba | $338.58 | $0.00 | $0.00 |
| 3 | Kristine M. Kolky | $1,763,670.50 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | $3,376.72 | $0.00 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | $2,451.82 | $0.00 | $0.00 |
| 6a | Ursula Dayenian | $20,675.00 | $0.00 | $0.00 |
| 7 | Jerald W. Freeman | $5,122,389.00 | $0.00 | $0.00 |
| 8 | Thomas Nygard | $5,122,389.00 | $0.00 | $0.00 |
| 9 | Tea Leaf, Inc. | $5,122,389.00 | $0.00 | $0.00 |
| 10 | Danny L. Wiginton | $0.00 | $0.00 | $0.00 |
| 11 | Pacific Indemnity Company, Inc. | $497,750.00 | $0.00 | $0.00 |
| 12 | George Stein | $152,970.00 | $0.00 | $0.00 |
| 13b | Illinois Department of Revenue | $36,709.54 | $0.00 | $0.00 |
| 14a | Pickens-Kane Moving and Storage Co. | $12,407.48 | $0.00 | $0.00 |
| 15 | Spanierman Gallery LLC | $752,080.00 | $0.00 | $0.00 |
| 16 | William Marshall | $1,439,976.20 | $0.00 | $0.00 |
| 17 | Joe Berger | $1,222,928.00 | $0.00 | $0.00 |
| 18 | Paul W. Fairchild | $1,942,446.40 | $0.00 | $0.00 |
| 19 | Gaylord Toft | $819,020.00 | $0.00 | $0.00 |
| 20 | Timothy Murray | $245,569.20 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $554,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 21 | OTIS ART & ANTIQUES, LTD | $554,500.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00