**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **RICHARD H. LOVE,** | ) | **Case No. 11-43757** |
| | ) | |
| **Debtor.** | ) | **Honorable Deborah L. Thorne** |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that David R. Herzog, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 744
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on July 24, 2018 at 10:00 a.m., before the Honorable Deborah L. Thorne, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 613, Chicago, IL 60604.

Date Mailed: June 19, 2018          By:  /s/    David R. Herzog
                                                Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **RICHARD H. LOVE,** | ) | Case No. 11-43757 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

## CERTIFICATE OF NOTICE

    The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 19th day of June, 2018.

                                                                       */s/ David R. Herzog*
                                                                       Trustee in Bankruptcy

**SERVICE LIST**

<u>VIA ECF</u>

7-M Limited Partnership
c/o William R Stone
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Il 60606
wstone@mayerbrown.com

Matthew Wargin
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
mwargin@mayerbrown.com

Adelson Galleries, Inc.
c/o Patrick C. Maxcy
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
patrick.maxcy@dentons.com

Enterprise Law Group LLP (ELG)
James E. Morgan
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
jem@h2law.com

Paul W Fairchild, Jr
c/o Christopher B Lega
Johnson Legal Group, LLC
39 S. LaSalle Street
Suite 820
Chicago, IL 60603
clega@jnlegal.net

Kyle A Lindsey
c/o Johnson Legal Group LLC
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
klindsey@jnlegal.net

Jerald E Freeman
c/o Deron B Knoner
Keleher & McLeod PA
201 3rd Street NW
Suite 1200
Albuquerque, NM 87102
dbk@keleher-law.com

Deron B. Kroner
c/o Keleher & McLeod, PA
201 3rd Street NW
Suite 1200
Albuquerque, NM 87102

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Earl Daniel Liberman
c/o Albert S. Watkins
7800 Forsyth Boulevard
Suite 700
St. Louis, MO 63105
albertswatkins@kwklaw.net

Richard H. Love
c/o Joshua D. Greene
Springer Brown, LLC
300 South County Farm Rd.
Suite I
Wheaton, IL 60187
jgreene@springerbrown.com

William H Marshall, M.D.
c/o William R Stone
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Il 60606
wstone@mayerbrown.com

William H Marshall, M.D.
c/o Matthew Wargin
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
mwargin@mayerbrown.com

Thomas Nygard
c/o Deron B Knoner
Keleher & McLeod PA
201 3rd Street NW
Suite 1200
Albuquerque, NM 87102
dbk@keleher-law.com

Pacific Indemnity Company, Inc.
c/o Mark D Conzelmann
Tressler LLP
233 S. Wacker Dr.,
Suite 2200
Chicago, IL 60606
mconzelmann@tresslerllp.com

Spanierman Gallery, LLC
c/o Patrick C. Maxcy
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
patrick.maxcy@dentons.com

Spanierman Gallery, PSP
c/o Patrick C. Maxcy
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
patrick.maxcy@dentons.com

Tea Leaf, Inc.
c/o Deron B Knoner
Keleher & McLeod PA
201 3rd Street NW
Suite 1200
Albuquerque, NM 87102
dbk@keleher-law.com

Danny L. Wiginton
c/o Joy L Monahan
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, IL 60606
jmonahan@edwardswildman.com

VIA REGULAR MAIL

Richard H. Love
1 N. Hamlin Ave., #4
Park Ridge, IL 60068

645 North Michigan LLC
c/o Sanford Kahn, Ltd.
180 N. LaSalle St., Suite 2025
Chicago, IL 60601

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

Best Judah
c/o Clifford Law Offices PC
120 N. LaSalle, Suite 3100
Chicago, IL 60602

Blatt Hasenmiller Leibsker & Moore
125 S. Wacker Dr., Suite 400
Chicago, IL 60606-4440

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Cavalry Portfolio/Washington Mutual
c/o Keith Scott Shindler
1990 E. Algonquin, #180
Schaumburg, IL 60173

Century Link
P.O. Box 2961
Phoenix, AZ 85062-2961

Chase
P.O. Box 15153
Wilmington, DE 19850

Christopher Yates
3445 N University St.
Box No. 223
Peoria, IL 61601

Citibank NA
c/o Blatt Hasenmiller
125 S. Wacker, #400
Chicago, IL 60606

Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

Courtney L. Anderson
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Daniel C. Meenan, Jr.
Kralovec Meenen LLP
53 W. Jackson, #1102
Chicago, IL 60604

Daniel M. Cordis
129 N. Walnut Ave.
P.O. Box 445
Princeville, IL 61559

Danny L. Wiginton
c/o Joy Monahan
Edward Wildman Palmer LLP.
225 West Wacker Dr Ste 3000
Chicago, IL 60606

David Bernahl
200 N. Dearborn, Suite 4606
Chicago, IL 60601

David F. Cunningham
460 St. Michaels Drive
Suite 1000
Santa Fe, NM 87505

Deutschman & Associates PC
72 W. Washington, #1525
Chicago, IL 60602

DH&B Ventures
c/o David Bernahl
200 N. Dearborn, SUite 4606
Chicago, IL 60601

Direct TV
P.O. Box 9001069
Louisville, KY 40290-1069

Donald, Dee Dee and Felicity Sodaro
926 Via Lido Nord
Newport Beach, CA 92663

Enloe Drugs, LLC
Omnicare Pharmacies Illinois/Iowa
796 N. Sunnyside Rd.
Decatur, IL 62522

Eric Check
161 N. Clark St., #2575
Chicago, IL 60601

First Federal Savings Bank
301 E. North St., Box 527
Rochester, IN 46975

Gaylord Toft
President, GLTCO, Ltd.
William F. Zieske / Zieske Law
P.O. Box 31457
Chicago,IL 60631

George Stein
1305 Washington St.
Michigan City, IN 46360

Geraldine E. Love
1 N. Hamlin Ave., #4
Park Ridge, IL 60068

Hickgas, LLC
2180 S. Highway 35
Knox, IN 46534

HSBC Consumer Lending
c/o Nations Recover Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

Illinois Department of Revenue
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606

Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Peter Dunston
c/o Asperger Associates, LLC
180 N. Stetson, #3050
Chicago, IL 60601

Jay K. Levy
P.O. Box 1181
Evanston, IL 60201

Jeff Heston
6143 Laurelgrove Ave.
North Hollywood, CA 91606

Jerald W. Freeman
c/o Deron B. Knoner
Keleher & McLeod, P.A.
Post Office Box AA
Alburque, New Mexico 87103

JHC Acquisition, LLC dba
Omnicare of Northern Illinois
1600 Rivercenter II
100 E Rivercenter Blvd
Covington, KY 41011

Joe Berger
Thomas J. Dillon, Esq.
120 South LaSalle Street,Suite 1335
Chicago,Illinois 60603

John A. Doerrer
1705 N. Rutherford Ave.
Chicago, IL 60707

John R. Crossan
135 S. LaSalle, #3300
Chicago, IL 60603

John T. Ted Golitz
415 W. Golf Rd. Suite 19
Arlington Heights, IL 60005

Jonathon Dixon PC
7501 N. Sheridan, Suite D
Chicago, IL 60626

Kristine M. Kolky
Arongberg Goldgehn Davis & Gamisa
330 N. Wabash Ste 1700
Chicago, IL 60611

Lake County Trust Company
2200 N. Main St.
Crown Point, IN 46307

Law Offices of Christopher Walter
1051 E. Market St.
P.O. Box 26
Nappanee, IN 46550

Marc D. Fine
Rudolph, Fine, Porter & Johnson LLP
P.O. Box 1507
Evansville, IN 47706

Markoff Krasny LLC
29 N. Wacker Dr., #550
Chicago, IL 60606

Marshall Co. REMC
P.O. Box 250
Plymouth, IN 46563

Medical Services RIC
Dept 4569
Carol Stream, IL 60122-4569

Michael Worley
630 1/2 W. Cornelia Ave.
Chicago, IL 60657

Nicor
P.O. Box 0632
Aurora, IL 60507-0632

Northwestern Medical Faculty Found.
38693 Eagle Way
Chicago, IL 60678

Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673-7690

Northwestern Memorial Physicians
75 Remittance Dr., #1293
Chicago, IL 60675-1293

Northwestern Orthapedic Institute
680 N. Lake Shore Dr., Suite 924
Chicago, IL 60611

Ohio Department of Taxation
30 E. Broad Street, 23rd floor
Columbus, OH 43215

Ostrow, Reisin, Berk & Abrams
Attn: Kal Shiner
455 N. Cityfront Plaza Dr.
Chicago, IL 60611

Otis Art & Antiques, Ltd.
John T. Golitz
415 W. Gold Rd, Suite 19
Arlington Hts, IL 60005

Pacific Indemnity Co.
c/o Meghan M. Kelly
233 S. Wacker Dr., Suite 2200
Chicago, IL 60606

Pacific Indemnity Company, Inc.
Tressler LLP
c/o Mark Conzelmann, Esq.
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606

Paul W. Fairchild
899 E. Ringwood Rd. S.
Lake Forest, IL 60045

Paul W. Fairchild
Christopher B. Lega
Johnson Legal Group, LLC
39 S. LaSalle Suite 820
Chicago, Illinois 60603

Peter Limperis
5624 W. 79th St.
Burbank, IL 60459-1391

Pickens-Kane Moving and Storage Co.
410 N. Milwaukee Ave
3rd Floor
Chicago, IL 60654

Plaza Associates
JAF Station, P.O. Box 2769
New York, NY 10116-2769

R&G Properties
6315 N. Milwaukee Ave.
Chicago, IL 60646

Richard Edgeworth Estate
c/o Frank N. DeBoni
55 W. Monroe St., #1800
Chicago, IL 60603

Sears Premier Card
P.O. Box 6283
Sioux Falls, SD 57117-6283

Spanierman Gallery LLC
c/o Kucker & Bruh LLP
747 Third Avenue
New York NY 10017
Attn Abner T Zelman

Starke County Environmental Mgmt.
3835 E. 250 N. Suite B
P.O. Box 500
Knox, IN 46534

Starke County Treasurer
53 Mound St.
Knox, IN 46534

Illinois Dept of Labor
160 N. LaSalle St.
Suite C-1300
Chicago, IL 60601

Stephen Libowsky
233 S. Wacker Dr., #7800
Chicago, IL 60606

Susan Johnson
10 Durance Dr.
Little Rock, AR 72223

Susan Johnson
1434 Rocky Ridge Rd.
Mountain Home, AR 72653

Tea Leaf, Inc.
c/o Deron B. Knoner
P.O. Box AA
Albuqueque, NM 87103

Thomas Nygard
c/o Kurt Wihl
P.O. Box AA
Alburquerque, NM 87103

Thomas Nygard
c/o Deron B. Knoner
Keleher & McLeod, P.A.
Post Office Box AA
Alburquerque, New Mexico 87103

Timothy Murray
William F. Zieske
P.O. Box 31457
Chicago,IL 60631

Tony Wakefield
1855 W. 14th Blvd.
Culver, IN 46511

Ursula Dayenian
910 N. Lake Shore, #1816
Chicago, IL 60611

William Marshall
524 E. High Point Place
Peoria, IL 61614

William Zieske
Zieske Law Office
53 W. Jackson, #1531
Chicago, IL 60604