**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-43757-EW |
| | § | |
| RICHARD H. LOVE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $41,912.50 | Assets Exempt: | $17,250.00 |
| Total Distributions to Claimants: | $3,918.53 | Claims Discharged Without Payment: | $25,241,621.77 |
| Total Expenses of Administration: | $21,190.38 | | |

3)   Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $24,891.09 (see **Exhibit 2),** yielded net receipts of $25,108.91 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $21,190.38 | $21,190.38 | $21,190.38 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $391,042.46 | $391,042.46 | $3,918.53 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $24,854,497.84 | $24,854,497.84 | $0.00 |
| **Total Disbursements** | $0.00 | $25,266,730.68 | $25,266,730.68 | $25,108.91 |

4). This case was originally filed under chapter 7 on 10/27/2011. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/06/2018</u>     By:  <u>/s/ David R. Herzog</u>
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Household goods at 11315 E. 50 N, Knox, IN | 1180-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | $50,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Estate of Geraldine Love | Funds to Third Parties | 8500-002 | $24,891.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $24,891.09 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $3,260.89 | $3,260.89 | $3,260.89 |
| Arthur B. Levine Company | 2300-000 | NA | $28.43 | $28.43 | $28.43 |
| International Sureties | 2300-000 | NA | $56.45 | $56.45 | $56.45 |
| Bank of Texas | 2600-000 | NA | $1,827.03 | $1,827.03 | $1,827.03 |
| Green Bank | 2600-000 | NA | $17.58 | $17.58 | $17.58 |
| First Federal Savings Bank | 2990-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| Enterprise Law Group, Attorney for Trustee | 3210-000 | NA | $12,500.00 | $12,500.00 | $12,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $21,190.38 | $21,190.38 | $21,190.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service (p) | 5800-000 | $0.00 | $87,612.62 | $87,612.62 | $877.95 |
| 6 | Ursula Dayenian | 5800-000 | $0.00 | $11,725.00 | $11,725.00 | $117.49 |
| 13a | Illinois Department of Revenue | 5800-000 | $0.00 | $291,704.84 | $291,704.84 | $2,923.09 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $391,042.46 | $391,042.46 | $3,918.53 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service (p) | 7100-000 | $0.00 | $20,461.40 | $20,461.40 | $0.00 |
| 2 | JHC Acquisition, LLC dba | 7100-000 | $0.00 | $338.58 | $338.58 | $0.00 |
| 3 | Kristine M. Kolky | 7100-000 | $0.00 | $1,763,670.50 | $1,763,670.50 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,376.72 | $3,376.72 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,451.82 | $2,451.82 | $0.00 |
| 6a | Ursula Dayenian | 7100-000 | $0.00 | $20,675.00 | $20,675.00 | $0.00 |
| 7 | Jerald W. Freeman | 7100-000 | $0.00 | $5,122,389.00 | $5,122,389.00 | $0.00 |
| 8 | Thomas Nygard | 7100-000 | $0.00 | $5,122,389.00 | $5,122,389.00 | $0.00 |
| 9 | Tea Leaf, Inc. | 7100-000 | $0.00 | $5,122,389.00 | $5,122,389.00 | $0.00 |
| 10 | Danny L. Wiginton | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Pacific Indemnity Company, Inc. | 7100-000 | $0.00 | $497,750.00 | $497,750.00 | $0.00 |
| 12 | George Stein | 7100-000 | $0.00 | $152,970.00 | $152,970.00 | $0.00 |
| 13b | Illinois Department of Revenue | 7100-000 | $0.00 | $36,709.54 | $36,709.54 | $0.00 |
| 14a | Pickens-Kane Moving and Storage Co. | 7100-000 | $0.00 | $12,407.48 | $12,407.48 | $0.00 |
| 15 | Spanierman Gallery LLC | 7100-000 | $0.00 | $752,080.00 | $752,080.00 | $0.00 |
| 16 | William Marshall | 7100-000 | $0.00 | $1,439,976.20 | $1,439,976.20 | $0.00 |
| 17 | Joe Berger | 7100-000 | $0.00 | $1,222,928.00 | $1,222,928.00 | $0.00 |
| 18 | Paul W. Fairchild | 7100-000 | $0.00 | $1,942,446.40 | $1,942,446.40 | $0.00 |
| 19 | Gaylord Toft | 7100-000 | $0.00 | $819,020.00 | $819,020.00 | $0.00 |
| 20 | Timothy Murray | 7100-000 | $0.00 | $245,569.20 | $245,569.20 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 21 | OTIS ART & ANTIQUES, LTD | 7200-000 | $0.00 | $554,500.00 | $554,500.00 | $0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $24,854,497.84 | $24,854,497.84 | $0.00 |

Case 11-43757  Doc 148  Filed 12/06/18  Entered 12/06/18 11:53:13  Desc Main
Document  Page 6 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 11-43757-EW | | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, RICHARD H. | | | Date Filed (f) or Converted (c): | 10/27/2011 (f) |
| For the Period Ending: | 12/6/2018 | | | §341(a) Meeting Date: | 12/05/2011 |
| | | | | Claims Bar Date: | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 2  1/2 interest in checking account | $250.00 | $0.00 | | $0.00 | FA |
| 3  1/2 interest in security deposit with landlord | $625.00 | $0.00 | | $0.00 | FA |
| 4  Household goods at 11315 E. 50 N, Knox, IN | $23,287.50 | $50,000.00 | | $50,000.00 | FA |
| 5  Household goods in storage building at 11315 E. 50 N, Knox, IN | $2,287.50 | $0.00 | | $0.00 | FA |
| 6  Household goods at 1 N. Hamlin, #4, Park Ridge, IL | $0.00 | $0.00 | | $0.00 | FA |
| 7  Misc Collectibles | $0.00 | $0.00 | | $0.00 | FA |
| 8  Books | $0.00 | $0.00 | | $0.00 | FA |
| 9  Debtor's 1/2 interest in paintings in storage | $2,000.00 | $0.00 | | $0.00 | FA |
| 10 Contents of Picken Kane storage | $0.00 | $0.00 | | $0.00 | FA |
| 11 1/2 interest in paintings collection | $37,000.00 | $0.00 | | $0.00 | FA |
| 12 1/2 interest in various outdoor sculptures | $0.00 | $0.00 | | $0.00 | FA |
| 13 Men's clothing | $400.00 | $0.00 | | $0.00 | FA |
| 14 1/2 interest wedding bands and watches | $0.00 | $0.00 | | $0.00 | FA |
| 15 Firearms | $0.00 | $0.00 | | $0.00 | FA |
| 16 R.H.Love Galleries, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 17 Medicare Part B Premium refund | $0.00 | $0.00 | | $0.00 | FA |
| 18 Potential defamation claim against Christopher Yates | $0.00 | $0.00 | | $0.00 | FA |
| 19 25% interest in Cyclopedia of American Impressionists | $0.00 | $0.00 | | $0.00 | FA |
| 20 Office equipment | $0.00 | $0.00 | | $0.00 | FA |
| 21 Interest in landscaping equipment | $0.00 | $0.00 | | $0.00 | FA |
| 22 Power of Direction in Land Trust | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets**
| | $65,950.00 | $50,000.00 | | $50,000.00 | $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| **Case No.:** | 11-43757-EW | | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LOVE, RICHARD H. | | | **Date Filed (f) or Converted (c):** | 10/27/2011 (f) |
| **For the Period Ending:** | 12/6/2018 | | | **§341(a) Meeting Date:** | 12/05/2011 |
| | | | | **Claims Bar Date:** | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
07/26/2017   Preparation of TFR. Anticipate filing in next 30 days.

| Initial Projected Date Of Final Report (TFR): | 12/31/2014 | Current Projected Date Of Final Report (TFR): | 09/30/2017 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | LOVE, RICHARD H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******0045 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/04/2012 |  | Invesco Employee Services Inc | Payment for sale of personal property (allocation $25,000 Richard love 11-43757 & $25,000 Geraldine Love 11-43764) | * | $50,000.00 |  | $50,000.00 |
|  | {4} |  | Half Payment to Estate of Geraldine Love     $25,000.00 | 1180-000 |  |  | $50,000.00 |
|  | {4} |  | Half Payment to Estate of Richard Love     $25,000.00 | 1129-000 |  |  | $50,000.00 |
| 11/15/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $59.70 | $49,940.30 |
| 12/14/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $77.82 | $49,862.48 |
| 01/16/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $80.30 | $49,782.18 |
| 01/24/2013 | 3001 | Estate of Geraldine Love | 1/2 payment for sale of personal property (to wife's bankruptcy estate) | 8500-002 |  | $24,891.09 | $24,891.09 |
| 01/24/2013 | 3002 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 |  | $3,500.00 | $21,391.09 |
| 01/24/2013 | 3002 | VOID: First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 |  | ($3,500.00) | $24,891.09 |
| 01/24/2013 | 3003 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) -- Replaces check 3001 (printing error) | 2990-000 |  | $3,500.00 | $21,391.09 |
| 02/14/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $70.60 | $21,320.49 |
| 03/14/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $31.12 | $21,289.37 |
| 03/28/2013 | 3004 | International Sureties | Bond Payment | 2300-000 |  | $38.02 | $21,251.35 |
| 04/12/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $34.38 | $21,216.97 |
| 04/30/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $33.15 | $21,183.82 |
| 05/31/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $34.18 | $21,149.64 |
| 06/28/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $33.02 | $21,116.62 |
| 07/31/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $34.07 | $21,082.55 |
| 08/30/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $34.02 | $21,048.53 |
| 09/30/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $32.87 | $21,015.66 |
| 10/31/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $33.91 | $20,981.75 |
| 11/29/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $32.76 | $20,948.99 |
|  |  |  | **SUBTOTALS** |  | **$50,000.00** | **$29,051.01** |  |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******0045 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.80 | $20,915.19 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.75 | $20,881.44 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.43 | $20,851.01 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.64 | $20,817.37 |
| 04/02/2014 | 3005 | International Sureties | Bond Payment | 2300-000 | | $18.43 | $20,798.94 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.48 | $20,766.46 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.51 | $20,732.95 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.37 | $20,700.58 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.40 | $20,667.18 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.35 | $20,633.83 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.22 | $20,601.61 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.24 | $20,568.37 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.12 | $20,536.25 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.13 | $20,503.12 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.08 | $20,470.04 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.83 | $20,440.21 |
| 03/20/2015 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $14.73 | $20,425.48 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.98 | $20,392.50 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.86 | $20,360.64 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.85 | $20,327.79 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.74 | $20,296.05 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.75 | $20,263.30 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.69 | $20,230.61 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.59 | $20,199.02 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.59 | $20,166.43 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.49 | $20,134.94 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.49 | $20,102.45 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.35 | $20,070.10 |
| | | | **SUBTOTALS** | | $0.00 | $878.89 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******0045 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.21 | $20,039.89 |
| 03/16/2016 | 3007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.88 | $20,029.01 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.24 | $19,996.77 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.14 | $19,965.63 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.13 | $19,933.50 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.04 | $19,902.46 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.02 | $19,870.44 |
| 08/30/2016 | 3008 | Enterprise Law Group | Final compensation per order date 8/30/16 | 3210-000 | | $12,500.00 | $7,370.44 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.97 | $7,338.47 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.07 | $7,326.40 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.79 | $7,314.61 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.39 | $7,303.22 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.75 | $7,291.47 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.76 | $7,279.71 |
| 02/16/2017 | 3009 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.52 | $7,277.19 |
| 02/16/2017 | 3009 | VOID: Arthur B. Levine Company | Bond Payment | 2300-003 | | ($2.52) | $7,279.71 |
| 02/16/2017 | 3010 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.82 | $7,276.89 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.60 | $7,266.29 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.72 | $7,254.57 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.32 | $7,243.25 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.68 | $7,231.57 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.29 | $7,220.28 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.65 | $7,208.63 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.63 | $7,197.00 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $7,197.00 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $20,070.10 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******0045 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $50,000.00 | $50,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $7,197.00 | |
| | | | Subtotal | $50,000.00 | $42,803.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $50,000.00 | $42,803.00 | |

**For the period of 10/27/2011 to 12/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,911.91 |
| Total Non-Compensable Disbursements: | $24,891.09 |
| Total Comp/Non Comp Disbursements: | $42,803.00 |
| Total Internal/Transfer Disbursements: | $7,197.00 |

**For the entire history of the account between 10/04/2012 to 12/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,911.91 |
| Total Non-Compensable Disbursements: | $24,891.09 |
| Total Comp/Non Comp Disbursements: | $42,803.00 |
| Total Internal/Transfer Disbursements: | $7,197.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $7,197.00 | | $7,197.00 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.36 | $7,190.64 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.22 | $7,179.42 |
| 07/24/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 | | $3,260.89 | $3,918.53 |
| 07/24/2018 | 5002 | Internal Revenue Service (p) | Distribution Dividend: 1.00; Account Number: ; Claim #: 1; Amount Claimed: 87,612.62; Amount Allowed: 87,612.62; | 5800-000 | | $877.95 | $3,040.58 |
| 07/24/2018 | 5003 | Ursula Dayenian | Distribution Dividend: 1.00; Account Number: ; Claim #: 6; Amount Claimed: 11,725.00; Amount Allowed: 11,725.00; | 5800-000 | | $117.49 | $2,923.09 |
| 07/24/2018 | 5004 | Illinois Department of Revenue | Distribution Dividend: 1.00; Account Number: ; Claim #: 13; Amount Claimed: 291,704.84; Amount Allowed: 291,704.84; | 5800-000 | | $2,923.09 | $0.00 |
| | | | **TOTALS:** | | $7,197.00 | $7,197.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,197.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $7,197.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,197.00 | |

| For the period of 10/27/2011 to 12/6/2018 | | For the entire history of the account between 09/15/2017 to 12/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,197.00 | Total Internal/Transfer Receipts: | $7,197.00 |
| | | | |
| Total Compensable Disbursements: | $7,197.00 | Total Compensable Disbursements: | $7,197.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,197.00 | Total Comp/Non Comp Disbursements: | $7,197.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43757-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, RICHARD H. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8678 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $50,000.00 | $50,000.00 | $0.00 |

**For the period of 10/27/2011 to 12/6/2018**

| Total Compensable Receipts: | $50,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $7,197.00 |
| Total Compensable Disbursements: | $25,108.91 |
| Total Non-Compensable Disbursements: | $24,891.09 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $7,197.00 |

**For the entire history of the case between 10/27/2011 to 12/6/2018**

| Total Compensable Receipts: | $50,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $7,197.00 |
| Total Compensable Disbursements: | $25,108.91 |
| Total Non-Compensable Disbursements: | $24,891.09 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $7,197.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG